IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Rauschenberger Innovations GmbH** | ) |
| | ) |
| | ) |
| | ) Civil Action No. 1:24-cv-02175 |
| **Plaintiff(s),** | ) |
| | ) |
| | ) |
| | ) Hon. Jennifer P. Wilson |
| **v.** | ) |
| | ) |
| | ) |
| **Yanping Wu and Chinese John Doe #2 Co.** | ) |
| **Ltd. d/b/a Tooliom** | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Defendants,</u> who are
<span style="font-size:small">(type of party)</span>

<u>Yanping Wu and Chinese John Doe #2 Co. Ltd. d/b/a Tooliom</u>, make the following disclosure:
<span style="font-size:small">(name of party)</span>

1.  Is the party a non-governmental corporate party?

    ☒ YES    ☐ NO

2.  If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    <u>There is no such corporation.</u>

3.  If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    <u>There is no such corporation.</u>

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                                                  */s/Jeanne M. Hamburg*
                                                  Signature of Counsel for Party

Date: March 5, 2025