IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUSCHENBERGER INNOVATIONS GmbH, | : : : | Civil No. 1:24-CV-02175 |
| Plaintiff, | : : | |
| v. | : : | |
| YANPING WU and CHINESE JOHN DOE #2 CO. LTD., d/b/a TOOLIOM, | : : : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 19th day of May 2025, after consideration of the parties' briefing on Defendants' motion to dismiss, Docs. 18, 19, 21, 22, and Plaintiff's letters[1] in response to the Court's order to show cause, Docs. 30, 31, **IT IS ORDERED** as follows:

1. Defendants' motion to dismiss, Doc. 18, is **DENIED WITHOUT PREJUDICE** so that Plaintiff may properly serve Defendants. *See Lampe v. Xouth, Inc.*, 952 F.2d 697, 701 (3d Cir. 1999) (holding that determining whether a party has properly been served is a prerequisite to deciding a motion under Rule 12(b)(6)).

---

[1] Defendants did not file a letter regarding waiver of service, in contravention of the court's order. (Doc. 28.)

2. Plaintiff shall file a status report **on June 19, 2025**, and **every 30 days** thereafter advising the court of its efforts to serve Defendants in China via the Hague Convention as well as any alternative means being explored to serve Defendants domestically in the United States.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
