# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAUSCHENBERGER INNOVATIONS :     Civil No. 1:24-CV-02175
GMBH,                             :

      Plaintiff,               :

      v.                       :

YANPING WU               :
and                        :
CHINESE JOHN DOE #2 CO. LTD,    :
d/b/a TOOLIOM,            :

      Defendants.          :      Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 23rd day of April, 2026, for the reasons explained in the accompanying memorandum opinion, Defendants' motion to dismiss, Doc. 46, is **DENIED**. Defendants shall file an answer to Plaintiff's amended complaint, Doc. 16, no later than **May 15, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
